NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

| | | |
|---|---|---|
| LeVAUGHN A. BOGGS, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Case No.  2D14-5321 |
| | ) | |
| STATE OF FLORIDA, | ) | |
| | ) | |
| Appellee. | ) | |
| _____ | ) | |

Opinion filed June 5, 2015.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Christopher C. Sabella,
Judge.

PER CURIAM.

LeVaughn A. Boggs appeals the postconviction court's order denying his
motion to correct jail credit filed under Florida Rule of Criminal Procedure 3.801.
However, Boggs was released from prison on November 8, 2014.  Because Boggs has
been released from prison, having completed his prison sentence, the jail credit issue is
moot.  See Toomer v. State, 895 So. 2d 1256, 1256-57 (Fla. 1st DCA 2005); cf. Mills v.
State, 6 So. 3d 77, 78 (Fla. 2d DCA 2009) (affirming the dismissal of a postconviction

motion seeking additional jail credit when the sentence was fully served and the additional credit would not affect a subsequent sentence).  Accordingly, we dismiss this appeal.

Dismissed.

WALLACE, BLACK, and SLEET, JJ., Concur.